**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| TREA ANDERSON JACKSON,<br><br>            Plaintiff,<br><br>    v.<br><br>DALE OTIES, et al.,<br><br>            Defendants. | Case No. 2:18-cv-00735-APG-BNW<br><br>**REPORT AND RECOMMENDATION** |

On June 17, 2019, the court entered an order requiring plaintiff Trea Anderson Jackson to file a notice with her current address so the court can communicate with her regarding her case. (Order (ECF No. 5).) Plaintiff's deadline for doing so was July 17, 2019. (*Id.*) Plaintiff was advised that failure to comply with the order would result in a recommendation that her case be dismissed. (*Id.*) Plaintiff has not taken any action in this case since the court's order dated June 17, 2019, and she therefore appears to have abandoned this case.

IT IS THEREFORE RECOMMENDED that plaintiff Trea Anderson Jackson's case be dismissed without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: September 6, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE