# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TREA ANDERSON JACKSON,<br><br>    Plaintiff<br><br>v.<br><br>DALE OTIES, et al.,<br><br>    Defendants | Case No.: 2:18-cv-00735-APG-BNW<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 6] |

On September 6, 2019, Magistrate Judge Weksler recommended that I dismiss this case without prejudice because plaintiff Trea Jackson failed to update her address and did not respond to court orders. ECF No. 6. Jackson did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Magistrate Judge Weksler's report and recommendation **(ECF No. 6) is accepted** and plaintiff Trea Jackson's complaint **(ECF No. 1-1) is DISMISSED without prejudice**. The clerk of court is instructed to close this case.

DATED this 26th day of September, 2019.

                                                        ANDREW P. GORDON
                                                        UNITED STATES DISTRICT JUDGE